STEVEN JACOBS
State Bar #76871
LAW OFFICES OF STEVEN JACOBS
A Professional Corp.
14895 E. 14th St., Ste. 390
San Leandro, CA 94578

(510) 357-1499
(510) 357-5838 Fax

Attorney for Debtors

The following constitutes
the order of the court. Signed July 15, 2012

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

REFUGIO RIOS and
ELENA RIOS,

      Debtors.
_____/

CASE NO. 11-72245 RLE13
Chapter 13

ORDER FOR MODIFICATION OF THE
DEBTORS' CHAPTER 13 PLAN
PAYMENTS AFTER CONFIRMATION

Notice having been given to all creditors; no objection having been filed; upon review and consideration of the motion for a modification of Debtors' Chapter 13 plan payment after confirmation, the request and declaration in support thereof and good cause appearing;

IT IS HEREBY ORDERED that the Debtors' plan payments shall increase in June 2012, to ONE THOUSAND SEVEN HUNDRED AND NINETY-FIVE ($1,795.00) DOLLARS per month for the remainder of the plan. This is sufficient to complete the Debtor's plan within the 60-month guideline pursuant to 11 U.S.C. section 1322.

** END OF ORDER **

COURT SERVICE LIST