STEVEN JACOBS State Bar #76871
LAW OFFICES OF STEVEN JACOBS
A Professional Corp.
14895 E. 14th St., Ste. 390
San Leandro, CA 94578

(510) 357-1499
(510) 357-5838 Fax

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

In re:

REFUGIO GUIZAR RIOS
ELENA LAYUG RIOS

Debtor(s).
________________________________/

Case No. 11-72245
Chapter 13

SUBSTITUTION OF ATTORNEYS

COMES NOW, REFUGIO GUIZAR RIOS and ELENA LAYUG RIOS, Debtor(s) herein and substitutes WILLIAM RUBENDALL, ESQ. of the LAW OFFICES OF WILLIAM RUBENDALL, 801 Augusta Court, Concord, CA 94518, in place of STEVEN JACOBS, ESQ. of the LAW OFFICES OF STEVEN JACOBS, 14895 East 14th Street, Suite 390, San Leandro, CA 94578.

I consent to the above substitution.

Dated: April 7, 2015

/s/ Refugio Guizar Rios
REFUGIO GUIZAR RIOS
Debtor

Dated: April 7, 2015

/s/ Elena Layug Rios
ELENA LAYUG RIOS
Debtor

I consent to the above substitution.

Dated: April 7, 2015

/s/ William Rubendall
WILLIAM RUBENDALL
Attorney at Law

I consent to the above substitution.

Dated: April 7, 2015

/s/ Steven Jacobs
STEVEN JACOBS
Attorney for Debtors

# PROOF OF SERVICE

I am a resident of the County of Alameda, over the age of l8 years and not a party to the within action; my business address is in care of LAW OFFICE OF STEVEN JACOBS, INC., A Professional Corporation, 14895 East 14th Street, Suite 390, San Leandro, CA 94578.

On April 7, 2015, I served the following document

**SUBSTITUTION OF ATTORNEYS**

to the parties to said action by placing a true copy thereof in a sealed envelope with postage thereon, fully prepaid, in the United States mail at San Leandro, California, addressed:

Office of the US Trustee
1301 Clay Street, Suite 690N
Oakland CA 94612-0000
Served Electronically

Martha G. Bronitsky
Chapter 13 Trustee
P.O. Box 9077
Pleasanton, CA 9566
Served Electronically

I declare under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct to the best of my knowledge, information, and belief, executed at San Leandro, California on April 7, 2015.

/s/ Joanne C. Rich
JOANNE C. RICH